Hand-Delivered

FILED
CHARLOTTE, NC
DEC 18 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Albertina D. Smith-Banks, MD
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Atrium Health DBA Charlotte Meck Hospital Authority
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:23-cv-868-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No
unsure at this time

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

   **A. The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Albertina Denise Smith-Banks
      Street Address: 421 Meacham Street
      City and County: Charlotte, North Carolina 28203
      State and Zip Code: Mecklenburg County
      Telephone Number: 704-612-3933
      E-mail Address: Albertinasmith036@gmail.com

   **B. The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

**Defendant No. 1**

- Name: Lisa Webster
- Job or Title (if known): HR director
- Street Address: Same as Atrium Health
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 2**

- Name: Dr. Lisa Elhaser (?)
- Job or Title (if known): former Pediatrician at Mountain Island Pediatrics
- Street Address:
- City and County: Same as Atrium Health
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name: Ms. Kisha Wallace
- Job or Title (if known): Office Manager for Mountain Island Pediatrics
- Street Address:
- City and County: Same as Atrium Health
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name: Michelle Rambert, Sr. Human Resources Associate
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination based on age (40 or over) and race (African American) in violation of Title VII of the Civil Rights Act of 1964 (Title VII) as amended, and the Age Discrimination in Employment Act of 1967 (ADEA)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Albertina R. Smith-Bonky, MD, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Atrium Health / Charlotte Mecklenburg Hospital Authority is incorporated under the laws of the State of *(name)* North Carolina,
      and has its principal place of business in the State of *(name)* North Carolina.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, (name) _Atrium Health/CMHA_ , is incorporated under the laws of the State of (name) _North Carolina_ , and has its principal place of business in the State of (name) _North Carolina_ .

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _North Carolina + GA_

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) For not hiring Albertina Smith Banks on the bases of race (African American)

(2) For willfully interfering with the protected activity of applying for a job, interfering with the vetting process.

(3) For not hiring Albertina Smith Banks on the basis of age (> 40 years) discrimination.

We ask for damages equal to a full federal jury award

pursuant to 28+yrs of professional experience in Pediatrics, the ability to speak Spanish (= $275,000/year) since the initial date of engagement w. the Atrium's HR Department (Oct 2021) for each year that has lapsed as well as for each job that defendant requested to be considered for.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 18, 2023

Signature of Plaintiff: *Smith Banks, MD*
Printed Name of Plaintiff: Albertina Denise Smith-Banks, MD

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____