# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Albertina D. Smith-Banks, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00868-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Atrium Health | ) | |
| Kisha Wallace | ) | |
| Lisa Webster | ) | |
| Michelle Rambert | ) | |
| Lisa Elhage, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2024 Order.

July 19, 2024

Katherine Hord Simon, Clerk
United States District Court